23-08772MB(MAA)

# AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

Your affiant, Wilson Ramirez-Lopez, Border Patrol Agent of the United States Border Patrol, being duly sworn, does depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I, Wilson Ramirez-Lopez, am a Border Patrol Agent with the United States Department of Homeland Security (DHS), United States Border Patrol (USBP), and have been since July 2010. I completed the USBP Academy in October 2010. There, I received instruction in constitutional, immigration, and criminal law as well as federal and civil statutes. I have also received instruction in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States.

2. I have been assigned as a case agent to the Tucson Sector Prosecution Unit for approximately one year. I have conducted investigations involving illicit activity, and I have gathered and structured evidence and facts pertaining to administrative and criminal cases. I routinely perform record checks through various law enforcement databases to establish accuracy of information as well as to gather further facts that are relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases. The statements contained in this affidavit are based on information provided by fellow Border Patrol Agents and on my experience as a Border Patrol Agent in the USBP.

3. Since this affidavit is submitted for the limited purpose of securing a search warrant, I have not included all facts known to me regarding this investigation. I have set forth facts that establish probable cause to believe that Michel MARTINEZ conspired to sell firearms and that he is in possession of several firearms at his residence located at 1205 E Alvord Rd, Tucson, AZ 86706. The address will be referred to as **Target Residence 1**. From evidence gathered through a consensual search of his cellular phones, photos taken with a location sharing feature, showed several firearms and bags of what appeared to be fentanyl pills. The consensual search of the defendant's phones revealed several messages showing his intentions to sell and traffic firearms and fentanyl pills. MARTINEZ was arrested on May 2, 2023, for-alien smuggling. A material witness identified MARTINEZ as the driver and a firearm was discovered underneath the driver's seat.

4. This affidavit is intended to show only that there is probable cause for the requested warrant and does not set forth all my knowledge about this matter. I make this affidavit partly based on personal knowledge derived from my participation in this investigation and partly on information that other law enforcement officers and witnesses have reported to me. Such statements are among many made by others and are relayed here in substance, unless otherwise indicated.

5. Based on the facts set forth in this affidavit, I respectfully request that a warrant be issued to allow any authorized law enforcement officer to enter, with proper assistance, the premises described in Attachment A: 1205 E Alvord Rd, Tucson, AZ 86706 (**Target Residence 1.**)

2

6. Authorization is sought to search this premise for items contained in Attachment B. My request specifically includes authorization to seize and search for any firearms and/or narcotics located on the premises described in Attachment A.

## PROBABLE CAUSE

7. On May 2, 2023, at approximately 2:30 p.m., Border Patrol Agents read MARTINEZ, MICHEL his *Miranda* Rights via form I-214, in the Spanish language. MARTINEZ acknowledged he understood his rights and at approximately 2:31 p.m. he waived those Rights and stated that he was willing to make a statement without the presence of an attorney. During the interview, MARTINEZ was presented with a consent form to search electronic devices. At approximately 2:50 p.m., MARTINEZ consented to having both his cellular phones searched. Thorough searches of the cellular phones revealed that MARTINEZ is dealing in firearms as well as narcotics.

8. MARTINEZ had multiple conversations on his black Samsung cellular phone as well as his tan Samsung cellular phone via text messaging, telling different individuals that he had certain firearms for sale. These individuals are asking MARTINEZ for prices as well as asking if he can supply different types of firearms. MARTINEZ replied with pricing information and once the buyer agreed to the price, they scheduled a meeting.

9. On one occasion, MARTINEZ and a buyer scheduled a meeting at the El Guero Canelo restaurant on S 12th Ave and W Utah St. The buyer told MARTINEZ he was having someone he knows meet him there to complete the exchange. It appeared that the prices varied depending on the type of firearm. MARTINEZ has an extensive gallery of photos of different weapons, including one that appeared to be a .50 caliber rifle.

10. There are multiple videos on MARTINEZ' black Samsung phone, dated March 18, 2023, showing him shooting a black handgun at a desert location in Summit, AZ. In some of the videos you can clearly tell it is indeed MARTINEZ shooting these firearms and in others you can see matching tattoos he has on his arms. MARTINEZ is a prohibited possessor and is also currently on supervised release for 8 U.S.C. 1324, Alien Smuggling. (On October 19, 2020, MARTINEZ was sentenced to 12 months and one (1) day in the United States Bureau of Prisons after being found guilty of violating 8 USC 1324, CR-20-02036-001-TUC-JAS (EJM). MARTINEZ was also placed on three (3) years' Supervised Release, and he is presently under a term of supervision.

11. Another individual with the phone contact name "Viejitojefe K" is heard asking MARTINEZ, through audio message, for prices on a Beretta that was sent by MARTINEZ via picture message on May 1, 2023. MARTINEZ replied with "$1,000.00."

12. In a communication on April 6, 2023, on MARTINEZ' tan Samsung, he has a conversation with another subject with the contact name of "WALO2," where he offered guns in exchange for fentanyl pills. There is also a picture sent by MARTINEZ on April 14, 2023, of a briefcase full of large bags of what appear to be fentanyl pills. Most of these pictures appeared to be taken at and sent from MARTINEZ' residence, which is **Target Residence 1**. The location sharing feature on his cellular phone showed the address where most of these pictures were taken, and they match with the address he provided post-arrest, which is **Target Residence 1**.

13. In another conversation via text dated April 26, 2023, on MARTINEZ' tan Samsung phone with a contact under the name "BARBON," MARTINEZ offered a rifle with

a high-capacity magazine for $1750 USD. In the same conversation they discussed the sale of a Glock handgun, MARTINEZ asked $700 for the handgun.

14. In a WhatsApp conversation dated April 14, 2023, MARTINEZ communicated with an individual listed under "WALO2." MARTINEZ is asked if he has any vehicles in exchange for pills. The pictures depict what appeared to be fentanyl pills. The pills were wrapped in a manner to be sold in individual packages, which is a common practice for narcotic dealers. In a voice message MARTINEZ is heard stating he exchanged guns for bags of 1,000 fentanyl pills. MARTINEZ used the term "BARCOS" which is a term used by narcotic dealers meaning 1,000 fentanyl pills.

## CONCLUSION

15. Based on the information listed above, I submit that there is probable cause to believe that:

    MARTINEZ currently resides at **Target Residence 1** (1205 E Alvord Rd, Tucson, AZ 86706). Which is believed to contain firearms of a prohibited possessor and fentanyl pills.

_____
Wilson Ramirez-Lopez, United States Border Patrol Agent

Subscribed and sworn to before me telephonically this __9th__ day of May , 2023.

_____
Michael A. Ambri
United States Magistrate Judge

## ATTACHMENT A

### PREMISES TO BE SEARCHED

The premises are described as a residential property identified as:

Target Residence 1: 1205 E Alvord Rd, Tucson, AZ 86706. The home is a brownish grey single-story structure located on the NW corner Alvord Rd and S. Randall Blvd. The home faces east and located on its flat roof is a satellite dish on the southwest corner of the home. Both the front door and carport are in front of the home facing east.





## ATTACHMENT B:
## ITEMS TO BE SEIZED

1. Any and all firearms, ammunition, and or narcotics and associated paraphernalia that relate to firearm, ammunition, and narcotics sales in the possession of Michel MARTINEZ;

2. Any items pertaining to the possession and trafficking of firearms and ammunition, including the following:

    a. Firearms, firearm frames, firearm receivers, firearm parts, firearms portrayed in the messages between Michel MARTINEZ and other potential buyers such as, .50 caliber rifles and handguns.

    b. Ammunition, cartridge cases, primers, bullets or propellant powder designed for use in any firearm.

    c. Incomplete firearms, AR-15 uppers, AR-15 "80% blank" or incomplete AR-15 lowers completed or uncompleted, AK 47 "flats" completed or uncompleted, jigs, guides, or pieces;

    d. Tools associated with the completion or manufacture of AR-15 "80% blanks", and AK-47 "flats" into complete firearms, including a Milling machine, Shop press, and TIG and acetylene welders.

7

e. Tools, files, drills, drill bits, milling equipment, "Dremel" type rotary tools, used for the obliteration or destruction of firearm serial numbers;

f. Diagrams, books, instruction manuals, pamphlets, or other tutorial material regarding the manufacture or alteration of firearms;

g. Photographs of firearms, undeveloped photographic film, including photographs on cell phones, and paperwork showing the purchase or acquisition of firearms, storage, sales or disposition, or dominion and control over any firearms or any of the above listed items;

h. Blank or completed ATF Form 4473s, Records relating to the acquisition and distribution of firearms, firearms parts, tools and/or equipment associated with the manufacture of rifles and/ or pistols.  Firearms Transaction Records, records, acquisition and disposition books, receipts, invoices, notes, ledgers, and pay/owe sheets;

i. Articles of personal property tending to establish the existence of the violations of Federal firearms laws by Michel MARTINEZ and others, including but not limited to, personal telephone books (electronic and hard copied), telephone records, telephone bills, address books, correspondence, notes, and papers containing names and/or telephone numbers;

j. Rental or lease agreements for storage units, safety deposit boxes, other storage locations where firearms or the stolen ATF records could be hidden or stored, keys, combinations, and/or access codes for them;

3. Documents relating to the acquisition, purchase, sale, and/or repair of all these items, including but not limited to: receipts and documents reflecting the names, addresses, and/or telephone numbers of individuals associated with these activities;

4. Documents that establish control, possession, custody, or dominion over the residence or structure, including but not limited to addressed envelopes, checkbooks, personal identification, notes, correspondence, utility bills, rent receipts, payment receipts, financial documents, keys, leases, mortgage bills, vehicle registration, information or ownership warranties, receipts for vehicle parts and repairs, telephone answering machine introductions, and photographs showing persons occupying the residence or vehicle;

5. Photographs, negatives, video tapes, films, undeveloped film, memory sticks, USB mass storage devices, hard drives, and slides depicting the subjects of the investigation and their criminal associates (showing association with the associates), their assets and/or possession of firearms; and Personal calendars, address and/or telephone books, Rolodex indices and papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers, and/or correspondence

9